**FILED**

IN THE UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

JUL 1 7 2013

**MATTHEW J. DYKMAN**
**CLERK**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                  No. 09-CR-01856 WJ

JOSE LUIS BALA-GODOY,

    Defendant.

### ORDER FOR DISPOSAL OF CLIENT PROPERTY
(For Magistrate Signature)

THIS MATTER having come before the Court on the Motion of the Office of the Federal Public Defender to dispose of property belonging to its client, Mr. Bala-Godoy, whom the Office of the Federal Public Defender is unable locate in order to return this property, and the Court finding good cause;

IT IS THEREFORE ORDERED that the Office of the Federal Public Defender is allowed to dispose of property of Mr. Bala-Godoy, either by donating this property to a charitable organization or by destroying or disposing of the property.

_Robert H. Scott_
UNITED STATES MAGISTRATE JUDGE

Submitted by:
THOMAS B. JAMESON
Assistant Federal Public Defender